**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*12:10 pm, Mar 04, 2021*
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Gregory Joseph Podlucky and/or assigns _____ , Plaintiff

v.

UNITED STATES OF AMERICA _____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.    PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Gregory Joseph Podlucky and/or assigns, 6384 Balance Circle, Colorado Springs, CO  80923
  (Name and complete mailing address)

424-292-0007; gjp.ace@outlook.com
  (Telephone number and e-mail address)

**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    UNITED STATES OF AMERICA, 700 Grant Street, Suite 4000,
Pittsburgh, PA  15219
  (Name and complete mailing address)

412-644-3500
  (Telephone number and e-mail address if known)

Defendant 2:    _____
  (Name and complete mailing address)

_____
  (Telephone number and e-mail address if known)

Defendant 3:    _____
  (Name and complete mailing address)

_____
  (Telephone number and e-mail address if known)

Defendant 4:    _____
  (Name and complete mailing address)

_____
  (Telephone number and e-mail address if known)

2

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

  X    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Breach of Contract

Violations of the Fourth, Fifth and Eighth Amendments to the U.S. Constitution.

  X    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of    Colorado                              .

If Defendant 1 is an individual, Defendant 1 is a citizen of                              .

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of                              (name of state or foreign nation).

Defendant 1 has its principal place of business in                              (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

 D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the  right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Defendant failed to return personal property as "agreed with respect to" and thus contracted for hereinafter referred to as the "certain personal pieces".

Supporting facts:

On or about November 6, 2006, January 19, 2007, and January 23, 2007, search warrants 07-00015M through 07-00023M were issued by Magistrate Judge Amy Hays of the United States District Court For The Western District Of Pennsylvania whereby ordering the search and seizure of the offices of Le-Nature's Inc., 11 Lloyd Avenue, Latrobe, PA 15650, the United States Postal Service Registered Mail Package Nos. RB 708 870 599 US, RB 708 870 608 US, RB 708 870 611 US, RB 708 870 625 US, RB 708 870 639 US, RB 708 870 642 US, RB 708 870 656 US and RB 708 870 660 US located at the United States Post Office at Laughlintown, PA 15655 and the residence of Plaintiff Gregory Joseph Podlucky, 345 Cobblestone Lane, Ligonier, PA 15658; however, the actual address searched and seized was 297 Sunrise Lane, Ligonier, PA 15658.

On or about June 15, 2011 Plaintiff Gregory Joseph Podlucky and Defendant UNITED STATES OF AMERICA "agreed with respect to" certain terms and conditions thereby entering into a certain plea agreement, a bona fide contract, and attaching thereto the search warrant inventory returns for search warrants 07-00015M through 07-00023M having designated in red notations thereon the items that were owned by Grace Community Church Of The Valley,

4

Ligonier, PA and held in custody by Plaintiff Gregory Joseph Podlucky that were not the "certain personal pieces" as "agreed with respect to" and thus contracted for the return to Plaintiff Gregory Joseph Podlucky the "certain personal pieces" as "agreed with respect to" and thus contracted for as stated therein Paragraphs A.6 and B.5, specifically, 2 Omega Necklaces from 07-00015M, 3 Omega Necklaces from 07-00016M, 3 Omega Necklaces from 07-00017M, 1 Omega Necklace from 07-00018M, 2 Omega Necklaces from 07-00019M, 1 Omega Necklace from 07-00020M, 2 Omega Necklaces from 07-00021M, and A01231001, A00087253, A000887254 and A00087255 from 07-00023M hereinafter referred to as the "Contract".  As such, there were a total of 392 items seized of which 374 that were "agreed with respect to" and thus contracted for the return to Plaintiff Gregory Joseph Podlucky the "certain personal pieces" as "agreed with respect to" and thus contracted for as stated therein Paragraphs A.6 and B.5 of the Contract.

On or about June 20, 2011 Plaintiff Gregory Joseph Podlucky appeared before Senior Judge Alan N. Bloch of the United States District Court For The Western District Of Pennsylvania hereinafter referred to as "Senior Judge Alan N. Bloch" at the Change of Plea Hearing whereby Defendant UNITED STATES OF AMERICA stated on the court record as follows, " the parties have agreed with respect to the personal items",  as documented on Page 14 of the transcript of the Change of Plea Hearing that Defendant UNITED STATES OF AMERICA "agreed with respect to" and thus contracted for the return to Plaintiff Gregory Joseph Podlucky the "certain personal pieces" as "agreed with respect to" and thus contracted for as stated therein Paragraphs A.6 and B.5 of the Contract hereinafter referred to as the "Contract Execution By Defendant UNITED STATES OF AMERICA On Court Record" and whereby Senior Judge Alan N. Bloch accepted and ratified the Contract without exception as stated on the

5

court record as follows, "The Court accepts this agreement…", as documented on Page 19 of the transcript of the Change of Plea Hearing hereinafter referred to as the "Contract Execution By Defendant UNITED STATES OF AMERICA Accepted By The Court".

On or about October 20, 2011 Plaintiff Gregory Joseph Podlucky appeared before Senior Judge Alan N. Bloch at the Sentencing Hearing whereby Plaintiff Gregory Joseph Podlucky was expecting the "agreed with respect to" and thus contracted for the return to Plaintiff Gregory Joseph Podlucky the "certain personal pieces" as "agreed with respect to" and thus contracted for as stated therein Paragraphs A.6 and B.5 of the Contract as Defendant UNITED STATES OF AMERICA made for the Contract Execution By Defendant UNITED STATES OF AMERICA On Court Record and whereby Senior Judge Alan N. Bloch made for the Contract Execution By Defendant UNITED STATES OF AMERICA Accepted By The Court". However, Senior Judge Alan N. Bloch stated that the "agreed with respect to" and thus contracted for the return to Plaintiff Gregory Joseph Podlucky the "certain personal pieces" as "agreed with respect to" and thus contracted for as stated therein Paragraphs A.6 and B.5 of the Contract as Defendant UNITED STATES OF AMERICA made for the Contract Execution By Defendant UNITED STATES OF AMERICA On Court Record and whereby Senior Judge Alan N. Bloch made for the Contract Execution By Defendant UNITED STATES OF AMERICA Accepted By The Court for which Senior Judge Alan N. Bloch stated as follows, "You might have to have those meetings during the incarceration." This determination by Senior Judge Alan N. Bloch was not Plaintiff Gregory Joseph Podlucky's volition and knowledge for the Contract.

On or about December 30, 2014, it was reported by and through the media that Senior Judge Alan N. Bloch advised and stated as follows, "Podlucky can still pursue those assets – which were among $30 million in valuables seized by the government…"

From on or about October 20, 2011 to date Plaintiff Gregory Joseph Podlucky and/or assigns have been seeking without success the "agreed with respect to" and thus contracted for the return to Plaintiff Gregory Joseph Podlucky the "certain personal pieces" as "agreed with respect to" and thus contracted for as stated therein Paragraphs A.6 and B.5 of the Contract as Defendant UNITED STATES OF AMERICA made for the Contract Execution By Defendant UNITED STATES OF AMERICA On Court Record and whereby Senior Judge Alan N. Bloch made for the Contract Execution By Defendant UNITED STATES OF AMERICA Accepted By The Court and thus is instituting this Complaint against Defendant UNITED STATES OF AMERICA by and through the advice of Senior Judge Alan N. Bloch as reported by the media on or about December 30, 2014.

**E.    REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

WHEREFORE, Plaintiff Gregory Joseph Podlucky and/or assigns pray for moving this Court for ordering of the "agreed with respect to" and thus contracted for the return to Plaintiff Gregory Joseph Podlucky the "certain personal pieces" as "agreed with respect to" and thus contracted for as stated therein Paragraphs A.6 and B.5 of the Contract as Defendant UNITED STATES OF AMERICA made for the Contract Execution By Defendant UNITED STATES OF AMERICA On Court Record and whereby Senior Judge Alan N. Bloch made for the Contract Execution By Defendant UNITED STATES OF AMERICA Accepted By The Court.  Plus for ordering Defendant UNITED STATES OF AMERICA to reimburse all fees and costs incurred by Plaintiff Gregory Joseph Podlucky for seeking the "agreed with respect to" and thus contracted for the return to Plaintiff Gregory Joseph Podlucky the "certain personal pieces" as

"agreed with respect to" and thus contracted for as stated therein Paragraphs A.6 and B.5 of the

Contract as Defendant UNITED STATES OF AMERICA made for the Contract Execution By

Defendant UNITED STATES OF AMERICA On Court Record and whereby Senior Judge Alan

N. Bloch made for the Contract Execution By Defendant UNITED STATES OF AMERICA

Accepted By The Court.  Plus for ordering Defendant UNITED STATES OF AMERICA to

compensate Plaintiff Gregory Joseph Podlucky treble damages for Defendant UNITED STATES

OF AMERICA causing Plaintiff Gregory Joseph Podlucky to suffer, and continue to suffer,

irreparable emotional and psychological injuries and disabilities.

This Court should take Judicial Notice that Senior Judge Alan N. Bloch has advised

Plaintiff Gregory Joseph Podlucky to "pursue those assets" as reported by the media on or about

December 30, 2014.

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

03-04-2021
_____
(Date)

(Form Revised December 2017)

8

Updated: 9:49 AM EST Dec 30, 2014

**PITTSBURGH —** A federal judge in Pittsburgh has rejected the appeal of the former head of soft-drink company Le-Nature's, who claimed he was misled by prosecutors and wanted to withdraw his guilty plea to an $800 million accounting fraud.

Fifty-four-year-old Gregory Podlucky contends his plea deal has been nullified because the government has so far refused to return $934,000 worth of jewels that were seized, which he contends weren't related to the fraud.

Ad closed by Google

Senior U.S. District Judge Alan Bloch says Podlucky can still pursue those assets - which were among $30 million in valuables seized by the government to repay creditors - but that his appeal is otherwise baseless.